UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                                           Case No. 08-24656
    KENNETH P WALLER
    KELLY R WALLER
               Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/17/2008.

2) The plan was confirmed on 11/10/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/05/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/22/2010.

5) The case was dismissed on 02/11/2010.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $15,680.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $3,184.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,184.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,103.42 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $171.46 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,274.88

Attorney fees paid and disclosed by debtor:     $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS FURNITURE | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED HEALTH GROUP | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| AFNI/ VERIZON WIRELESS | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| AIM CORP | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,891.00 | 1,891.85 | 1,891.85 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,375.00 | 1,375.50 | 1,375.50 | 0.00 | 0.00 |
| BLOCKBUSTER VIDEO | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| CASHCALL INC | Unsecured | 2,245.00 | 2,192.09 | 2,192.09 | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 901.00 | 1,459.29 | 1,459.29 | 0.00 | 0.00 |
| CHICAGO TRIBUNE | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DEKALB | Unsecured | 200.00 | 463.71 | 463.71 | 0.00 | 0.00 |
| COLLECTION SYSTEMS OF FREEPOR | Unsecured | 4,033.00 | 1,192.03 | 1,192.03 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 1,467.00 | 1,047.01 | 1,047.01 | 0.00 | 0.00 |
| COMPUCREDIT | Unsecured | 772.00 | 772.08 | 772.08 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 1,775.00 | 1,774.11 | 1,774.11 | 0.00 | 0.00 |
| CREDIT CARD COLLECTION | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| DAIMLER CHRYSLER SERVICES | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC | Unsecured | 347.00 | 353.51 | 353.51 | 0.00 | 0.00 |
| DEKALB CLINIC | Unsecured | NA | 103.88 | 103.88 | 0.00 | 0.00 |
| DEKALB COUNTY TREASURER | Unsecured | 7,791.00 | NA | NA | 0.00 | 0.00 |
| ECO LINDSAY WATER TREATMENT | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| EVERHOME MORTGAGE CO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK CONSUMER LOAN CT | Secured | NA | NA | NA | 0.00 | 0.00 |
| HARRIS BANK CONSUMER LOAN CT | Secured | 6,285.54 | 6,285.54 | 6,285.54 | 1,909.12 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 9,850.00 | 9,562.20 | 9,562.20 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,420.84 | 2,420.84 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 326.49 | 326.49 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| KISHWAUKEE COMMUNITY HOSPITA | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| MAGAZINE SERVICES OF AMERICA | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 803.00 | NA | NA | 0.00 | 0.00 |
| NORMAN GOLDMEIER | Unsecured | 1,409.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 439.00 | 495.72 | 495.72 | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 495.00 | 464.49 | 464.49 | 0.00 | 0.00 |
| REDDY MEDICAL ASSOC | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER | Secured | NA | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 93.25 | 93.25 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 725.00 | 725.00 | 725.00 | 0.00 | 0.00 |
| ROYCE FINANCIAL | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 573.00 | 909.16 | 909.16 | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| RWDS | Unsecured | 438.00 | NA | NA | 0.00 | 0.00 |
| SOLOMON & SOLOMON | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| SPIEGEL | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,990.00 | 2,095.19 | 2,095.19 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 214.00 | 110.66 | 110.66 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 214.50 | 214.50 | 0.00 | 0.00 |
| STATE COLLECTION SRV | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| TOTAL CREDIT CARD | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| VISA | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT OF ILLINOIS | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| WESTBURY VENTURES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,285.54 | $1,909.12 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,285.54** | **$1,909.12** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,562.20 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$9,562.20** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$20,480.36** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---:|
| Expenses of Administration | $1,274.88 |
| Disbursements to Creditors | $1,909.12 |
| **TOTAL DISBURSEMENTS** : | **$3,184.00** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/20/2010        By: /s/ Glenn Stearns
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**